UNITED STATES of America,
Plaintiff—Appellee,

v.

**Gerald Lamont STEELE, Defendant— Appellant.**

**No. 09–6719.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Gerald Lamont Steele, Appellant Pro Se. William A. Brafford, Assistant United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Lamont Steele appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. *See United States v. Hood,* 556 F.3d 226, 232–33 (4th Cir.2009). Accordingly, we affirm for the reasons stated by the district court. *United States v. Steele,* No. 3:01–cr–00216–MR–11 (W.D.N.C. Apr. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*